UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:22-CV-00365-SPC-MRM

ESTRELLA ACOSTA, and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

v.

EVERGREEN GAS & FOOD MART, LLC,
DEL PRADO GAS & FOOD MART, LLC,
EDISON PETROLEUM, INC.,
HAMZA RASHID, individually and
MUNAF RASHID, individually,

    Defendants.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES TO COLLECTIVE ACTION COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

**COME NOW,** the Defendants, EVERGREEN GAS & FOOD MART, LLC, DEL PRADO GAS & FOOD MART, LLC, EDISON PETROLEUM, INC., HAMZA RASHID, individually and MUNAF RASHID, individually, by and through the undersigned attorneys and hereby respond to the Collective Action Complaint for Damages and Demand for Jury Trial as follows:

1.     Denied.

2.     Without knowledge and therefor denied.

3.     Plaintiff's statement regarding the theory of the case is not a factual allegation to which a response is required. To the extent that a response is required, Defendants admit only that Plaintiff performed services for certain Defendant(s) for which she was lawfully compensated, and Defendants deny any and all liability.

4.     Plaintiff's statement regarding the theory of the case is not a factual allegation to which a response is required. To the extent that a response is required, Defendants

admit only that Plaintiff performed services for certain Defendant(s) for which she was lawfully compensated, and Defendants deny any and all liability.

5. Denied.

6. Admit.

7. Admit.

8. Admit that EVERGREEN GAS & FOOD MART, LLC was Plaintiff's employer for a brief time. Federal law speaks for itself.

9. Admit.

10. Admit.

11. Admit that DEL PRADO GAS & FOOD MART, LLC was Plaintiff's employer for a brief time. Federal law speaks for itself.

12. Admit.

13. Admit.

14. Admit that EDISON PETROLEUM, INC. was Plaintiff's employer for the majority of her employment. Federal law speaks for itself.

15. Admit.

16. Admit.

17. Denied.

18. Denied.

19. Admit.

20. Denied.

21. Admit.

22. Denied.

23. Denied.

24. Admit for jurisdictional purposes only. Defendants admit only that Plaintiff performed services for certain Defendant(s) for which she was lawfully compensated, and Defendants deny any and all liability.

25. Admit for jurisdictional purposes only.

26. Denied.

27. Admit that venue is proper. Defendants admit only that Plaintiff performed services for certain Defendant(s) for which she was lawfully compensated, and Defendants deny any and all liability.

28. Admit.

29. Denied.

30. Admit.

31. Admit.

32. Denied.

33. Admit.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Admit.

39. The text message speaks for itself.

40. Admit.

41. It is admitted that Plaintiff voluntarily resigned. Otherwise, denied.

42. Admit.

43. Admit that Plaintiff engaged in interstate commerce. Otherwise, without knowledge as to whether each item listed was sold by Defendant and therefore denied.

44. Admit.

45. Admit.

46. Admit.

47. Admit.

48. Admit that Plaintiff engaged in interstate commerce. Otherwise, without knowledge as to whether each item listed was sold by Defendant and therefore denied.

49. Admit.

50. Admit.

51. Admit.

52. Admit.

53. Admit that Plaintiff engaged in interstate commerce. Otherwise, without knowledge as to whether each item listed was sold by Defendant and therefore denied.

54. Admit.

55. Admit.

56. Admit.

57. Denied.

58. Admit.

59. Denied.

60. Denied.

61. The corporate filings speak for themselves.

62. Denied.

63. Admit.

64. Admit.

65. Admit.

66. Admit.

67. Admit.

68. Denied.

69. Admit.

70. Admit

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. The text message speaks for itself.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Not in a form that requires a response.

81. Admit for jurisdictional purposes only.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

88. Without knowledge as to the financial arrangement between Plaintiff and her counsel. Denied.

**WHEREFORE**, having fully responded to the Collective Action Complaint for Damages and Demand for Jury Trial filed by the Plaintiff herein, the Defendants, EVERGREEN GAS & FOOD MART, LLC, DEL PRADO GAS & FOOD MART, LLC, EDISON PETROLEUM, INC., HAMZA RASHID, individually and MUNAF RASHID, individually, respectfully request that said Collective Action Complaint for Damages and Demand for Jury Trial be denied and the Plaintiff take nothing by virtue of this Collective Action Complaint for Damages and Demand for Jury Trial, granting the Defendants their reasonable attorney's fees and costs for defending this action to the extent authorized by law, and for such other and further relief as the Court deems just and proper under the circumstances.

### AFFIRMATIVE DEFENSES

1. As and for their First Affirmative Defense, the Defendants, EVERGREEN GAS & FOOD MART, LLC, DEL PRADO GAS & FOOD MART, LLC, EDISON PETROLEUM, INC., HAMZA RASHID, individually and MUNAF RASHID,

individually, allege that the Plaintiff was paid at least straight time for all hours work.

2. As and for their Second Affirmative Defense, the Defendants, EVERGREEN GAS & FOOD MART, LLC, DEL PRADO GAS & FOOD MART, LLC, EDISON PETROLEUM, INC., HAMZA RASHID, individually and MUNAF RASHID, individually, allege that the Plaintiff's claims are barred in whole or in part by virtue of her own unclean hands. Plaintiff was actually responsible for reporting her own hours and failed to do so. Plaintiff spent a substantial amount of time at "work" engaged in activities that had nothing to do with her job (such as creating a giant poster tracking lottery numbers).

3. As and for their Third Affirmative Defense, the Defendants, EVERGREEN GAS & FOOD MART, LLC, DEL PRADO GAS & FOOD MART, LLC, EDISON PETROLEUM, INC., HAMZA RASHID, individually and MUNAF RASHID, individually, allege that the Plaintiff's claims are barred in whole or in part because Defendants at all times were acting in good faith and are innocent of any wrongdoing. When Plaintiff had her hourly rate adjusted, it was done specifically to account for any possible overtime hours.

4. The Defendants, EVERGREEN GAS & FOOD MART, LLC, DEL PRADO GAS & FOOD MART, LLC, EDISON PETROLEUM, INC., HAMZA RASHID, individually and MUNAF RASHID, individually, reserve the right to plead additional affirmative defenses upon the completion of discovery.

## CERTIFICATE OF SERVICE

***I HEREBY CERTIFY*** that a copy of the above and foregoing has been furnished via electronic filing to Jordan Richards, Esq., 1800 SE 10th Avenue, Suite 205, Fort Lauderdale, FL 33316 (and via e-mail to Jordan@jardanrichardspllc.com and Jake@jordanrichardspllc.com) this __1st__ day of __July__, 2022.

_____
MATTHEW S. TOLL
Florida Bar No.: 0785741
TOLL LAW
Attorneys for EVERGREEN GAS & FOOD MART,

-6-

LLC, DEL PRADO GAS & FOOD MART, LLC,
EDISON PETROLEUM, INC., HAMZA RASHID,
individually and MUNAF RASHID, individually
1217 Cape Coral Parkway E., #121
Cape Coral, FL 33904-9604
(239) 257-1743 (telephone)
(239) 257-1794 (facsimile)
matt@matthewtoll.com