UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**CASE NO.: 2:22-cv-365-KCD**

ESTRELLA ACOSTA, and all others
similarly situated under 29 U.S.C. § 216(b);

    Plaintiff(s),
v.

EVERGREEN GAS & FOOD MART, LLC,
DEL PRADO GAS & FOOD MART, LLC,
EDISON PETROLEUM, INC.
HAMZA RASHID, individually, and
MUNAF RASHID, individually;

    Defendants.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ESTRELLA ACOSTA ("Acosta") and Defendants, EVERGREEN GAS & FOOD MART, LLC, DEL PRADO GAS & FOOD MART, LLC, EDISON PETROLEUM, INC., HAMZA RASHID and MUNAF RASHID ("Defendants") (Acosta and Defendants "the Parties") by and though undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal with Prejudice as follows:

1. On June 10, 2022, Plaintiff filed a Collective Action Complaint against Defendants alleging overtime wage violations under the Fair Labor Standards Act ("FLSA"). *See* D.E. 1.

1

2. Within Plaintiff's Complaint, she alleges that Defendants only paid her straight time for all hours of work, including hours worked in excess of forty (40) per week. *Id.*

3. Defendants answered the Collective Action Complaint on July 1, 2022. *D.E. 15*.

4. Defendants deny any wrongdoing or liability to Plaintiff in any respect.

5. The parties have amicably and fully resolved their dispute and have executed a Settlement Agreement. Defendants agreed to pay Plaintiff's alleged unpaid overtime wages and liquidated damages in full, exclusive of attorneys' fees and costs.

6. Thus, Plaintiff's FLSA overtime wage claims were not compromised. Plaintiff will receive 100% of her alleged unpaid overtime wages and liquidated damages from Defendant. Further, Defendant will pay Plaintiff's attorney's fees and costs, which were negotiated separately and without regard to the amounts owed to Plaintiff. Accordingly, the settlement represents an uncompromised FLSA wage claim.

7. Various courts within the Middle District of Florida (including this Honorable Court) do not require judicial approval of FLSA settlements where there is no compromise. *Antelo v. XL Electric Services, Inc.*, 2021 WL 2459443, at *1 (M.D. Fla. April 28, 2021 (McCoy, M.J.); *Gomory v. Naples*, 2016 WL 4445848, at *2 (M.D. Fla. Aug. 24, 2016) (Steele, J) ("Judicial oversight of FLSA settlements is typically required only where the settlement constitutes a 'compromise of the plaintiff's claims"); *Marshall v. Etairos health, Inc.*, 8:21-cv-00055-CEH-AEP,

D.E. 40 (Judge Honeywell dismissing uncompromised FLSA claims with prejudice without requiring judicial approval); *Hill v. Florida Ins. Elec., Inc.*, 2007 WL 781886 at * 3 (M.D. Fla. March 13, 2007) (Presnell, J); *Youhness Bekhalfi, et. al., v. Levy World Ltd., Partnership*, Case No.: 6:15-cv-573-RBD-TBS (August 18, 2015) (Dalton, J.) (Dkt. 21 at 2) (dismissing plaintiffs' claims without conducting a fairness review because the claims were not compromised); *accord Bonetti v. Embarq Mgmt., Co.*, 715 F. Supp. 2d, 1226, n.6 (M.D. Fla. 2009) ("[i]f the parties submit a stipulation stating that the plaintiff's claims will be paid in full, without compromise, there is no need for the Court to review the settlement."); *See also Su v. Electronic Arts, Inc.,* 2006 WL 4792780, at *2 (M.D. Fla. 2006) ("[w]here the employer offers the plaintiff full compensation of his FLSA claim, no compromise is involved and judicial approval is not required."); *Feagans v. Americana Jax Investments, Inc.,* 2008 WL 782488, *1 (M.D. Fla. 2008) ("Based on counsel's representation that Plaintiff has been fully compensated for all unpaid overtime claims without compromise including liquidated damages, this Court finds it appropriate to approve settlement and dismiss this case with prejudice.").

8. Accordingly, because Plaintiff is being compensated for all alleged overtime wages and liquidated damages, plus attorneys' fees and costs, and pursuant to the settlement, the parties hereby agree by the filing of this Stipulation that this civil action is DISMISSED with prejudice, with each party to bear their own costs and attorneys' fees except as otherwise provided in their Agreement.

9.  SO STIPULATED.

Dated:  August 26, 2022

Respectfully submitted,

| | |
|---|---|
| **/s/ Jake Blumstein** | **/s/ Matthew S. Toll** |
| JORDAN RICHARDS, ESQ. | MATTHEW S. TOLL, ESQ. |
| Florida Bar No. 108372 | Florida Bar No. 0785741 |
| JAKE BLUMSTEIN, ESQ. | Toll Law |
| Florida Bar No. 1017746 | 1217 Cape Coral Parkway E., #121 |
| USA Employment Lawyers - Jordan Richards PLLC | Cape Coral, Florida 33904-9604 |
| 1800 SE 10th Ave. Suite 205 | Tel: (239) 257-1743 |
| Fort Lauderdale, FL 33316 | matt@matthewtoll.com |
| Tel: (954) 871-0050 | Attorneys for Defendants |
| jordan@jordanrichardspllc.com | |
| Jake@usaemploymentlawyers.com | |
| Attorneys for Plaintiff | |

4